**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00113-CV

———————————

## IN RE WISENBAKER BUILDER SERVICES, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Wisenbaker Builder Services, Inc. filed a petition for writ of mandamus challenging the trial court's August 17, 2023 order compelling relator to participate in arbitration.[1]

---

[1] The underlying case is *Jordan Faust and Natalie Faust v. Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. Big Tex Air Conditioning, Inc.*, cause number 19-CV-0642, pending in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

The petition is denied.  *See* Tex. R. App. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.